SECOND DEPARTMENT, JUNE, 2017

(June 1, 2017)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BAHAR ANSARI, on Behalf of SHAPELE CLARKE, Petitioner, v JOSEPH

PONTE, Respondent. [52 NYS3d 910]—Writ of habeas corpus in the nature of an application to reduce bail upon Kings County indictment No. 7613/16.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Kings County indictment No. 7613/16 to the sum of $25,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the sum of $10,000 as a cash bail alternative; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has given an insurance company bail bond in the sum of $25,000 or has deposited the sum of $10,000 as a cash bail alternative, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Leventhal, J.P., Hall, Hinds-Radix and Maltese, JJ., concur.